AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

YAHOO INC.
Internet Service Provider
701 First Avenue
Sunnyvale, CA 94089

08-440 M-01

## SEARCH WARRANT

CASE NUMBER:

TO: ___JONATHAN ANDREWS___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __DETECTIVE JONATHAN ANDREWS__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

    a. The search warrant will be presented to Yahoo personnel who will be directed to isolate those accounts and files described in Section II below;

    b. In order to minimize any disruption of computer service to innocent third parties, Yahoo employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Section II below, including an exact duplicate of all information stored in the computer accounts and files described therein;

    c. Yahoo employees will provide the exact duplicate in electronic form of the accounts and files described in Section II below and all information stored in those accounts and files to the agent who serves the search warrant; and

    d. Law enforcement personnel will thereafter review all information and records received from Yahoo employees to determine the information to be seized by law enforcement personnel specified in Section III of Attachment A.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 27, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 17 2008 @ 2:50 PM at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/17/2008 | 7/21/08; 1:25 P.M. | Faxed to Provider |

| INVENTORY MADE IN THE PRESENCE OF | SA Scott R. Scheible |
|---|---|

### INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- One CD-R containing data pertaining to "Givesamouthful@yahoo.com"
- Business Records for Yahoo! Account: "Givesamouthful" and Affidavit.

No Additional Information

**FILED**

AUG - 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____   8-08-08
U.S Judge or U.S Magistrate Judge        Date